## 43826.  MADDOX v̇. CITY OF NEWNAN.

PANNELL, Judge.  Assignments of error and recitals of fact contained in a petition for certiorari to the superior court from the judgment of a recorder's court which have not been verified by the answer of the magistrate, no answer having been filed, cannot be considered (*Caswell v. State,* 5 Ga. App. 483 (2) (63 SE 566); *Stephens v. Barnes,* 11 Ga. App. 491 (75 SE 827); *Reese v. Miller,* 33 Ga. App. 442 (126 SE 904); *Morris v. Battey,* 31 Ga. App. 438 (121 SE 125); *Ralls v. Jones,* 40 Ga. App. 218 (149 SE 291); *Shirling v. Kennon,* 119 Ga. 501 (2) (46 SE 630); *Akers v. J. M. High Co.,* 122 Ga. 279 (1) (50 SE 105)), and there is no error upon the part of the judge of the superior court in dismissing such a petition for certiorari upon motion made by the defendant (*Southern R. Co. v. Stone,* 2 Ga. App. 375 (58 SE 502); *Norris v. Sibert & Robinson,* 53 Ga. App. 440 (186 SE 199)), irrespective of whether or not the grounds actually urged for dismissal were valid. See *Zachry v. State,* 81 Ga. App.

637, 638 (59 SE2d 555); *Williams v. State,* 91 Ga. App. 124 (85 SE2d 91). The judgment of the judge of the superior court, in the present case, dismissing the certiorari is therefore affirmed.

*Judgment affirmed. Jordan, P. J., and Deen, J., concur.*

SUBMITTED SEPTEMBER 9, 1968—DECIDED SEPTEMBER 12, 1968.

*J. L. Jordan,* for appellant.

*Sanders, Mottola & Haugen, Charles Van S. Mottola,* for appellee.